522

396 A.2d 23

Commonwealth v. Farrington, Appellant.

Submitted June 23, 1977. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE and SPAETH, JJ., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 24

Commonwealth v. Fleck, Appellant.

Submitted September 12, 1977. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.